**1**

**AMERICAN NICKEL CORPORATION, Plaintiff in Error, v. Arthur SELIGMAN, Defendant in Error.**

Circuit Court of Appeals, Second Circuit. May 16, 1927.

No. 342.

Appeal from the District Court of the United States for the Southern District of New York.

Williamson & Bayles, of New York City (Pliny W. Williamson and Walter L. Bryant, both of New York City, of counsel), for plaintiff in error.

Blake, Durham, De Milhau & Conwell, of New York City (E. V. Conwell and Louis J. De Milhau, both of New York City, of counsel), for defendant in error.

Before MANTON and L. HAND, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Judgment affirmed, with costs.

**2**

**CENTRAL ACCEPTANCE CORPORATION v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit. January 13, 1927.

No. 4767.

Appeal from the District Court of the United States for the Southern District of Ohio; Benson W. Hough, Judge.

McLeskey & Grabiel, of Columbus, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio, and Wm. B. Bartels, Asst. U. S. Atty., of Columbus, Ohio.

PER CURIAM. Judgment of District Court reversed, and cause remanded, with directions to allow claim of intervener, Central Acceptance Corporation.

**3**

**CHESAPEAKE & OHIO RAILWAY COMPANY v. Freeman DYER.**

Circuit Court of Appeals, Sixth Circuit. March 18, 1927.

No. 4734.

In Error to the District Court of the United States for the Southern District of Ohio; Smith Hickenlooper, Judge.

Galvin & Tracy, of Cincinnati, Ohio, for plaintiff in error.

Newcomb, Newcomb & Nord, of Cleveland, Ohio, and Louis B. Sawyer, of Cincinnati, Ohio, for defendant in error.

PER CURIAM. Judgment of District Court affirmed.